[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 18-11480; 18-11482
Non-Argument Calendar
_____

D.C. Docket Nos. 1:01-cr-00494-FAM-1,
1:01-cr-00730-FAM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT BEAUCHAMP,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(October 11, 2018)

Before WILLIAM PRYOR, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss these appeals pursuant to the appeal

waivers in Appellant's plea agreements is GRANTED.  *See United States v.*

*Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).[1]

---

[1] The government's motion to stay briefing is DENIED AS MOOT.